BL9427764

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE:                                    :        Chapter: 7
GREGORY HARTMAN                           :
                                          :
                                          :
                                          :        BANKRUPTCY NO: 18-15366


REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

  1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

  2. The address to which all such notices should be sent and substituted for that of the creditor:


**American Express National Bank**
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**


By: /s/ Elizabeth M. Redmond
_____
        Elizabeth M. Redmond, Claims Administrator
        Becket & Lee LLP
        POB 3001
        Malvern, PA 19355-0701


        Date:   10/26/2018