United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory Hartman  
       Debtor

Case No. 18-15366-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Dec 03, 2018  
                        Form ID: 211       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.  
db        +Gregory Hartman,   5608 Spruce Mill Drive,   Yardley, PA 19067-7288  
cr         American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,    Malvern, PA  19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:  
       JEFFREY C. MCCULLOUGH    on behalf of Debtor Gregory  Hartman jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com  
       KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com  
       ROBERT H. HOLBER     trustee@holber.com,  rholber@ecf.epiqsystems.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                            TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 7

    Gregory Hartman

Debtor(s)  Case No: 18–15366–jkf

___

*ORDER*

    AND NOW, 12/3/18 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

    And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have until 12/17/18 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

    For The Court

    Jean K. FitzSimon

    Judge ,United States Bankruptcy Court