IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 7 |
|---|---|---|
| GREGORY HARTMAN | : | |
| Debtor | : | Bkcy No.  18-15366 jkf |

## ORDER

AND NOW, this 20th day of December, 2018, upon consideration of the Debtor's Motion to Extend Time to File Required Documents pursuant to L.B.R. 9014-2 is hereby

ORDERED that Debtor's Motion is granted and the time for Debtor to file the statement of completion of an instructional course concerning personal financial management as required pursuant to F.R.B.R. 1007(b)(7) is extended to January 11, 2019.

BY THE COURT:

_____
JEAN K. FITZSIMON
U.S. Bankruptcy Judge