United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-15366-jkf
Gregory Hartman                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 1              Date Rcvd: Dec 20, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db            +Gregory Hartman,    5608 Spruce Mill Drive,    Yardley, PA 19067-7288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
          JEFFREY C. MCCULLOUGH    on behalf of Debtor Gregory  Hartman jeffmccullough@bondmccullough.com,
           mbehrlacher@bondmccullough.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        CHAPTER 7
    GREGORY HARTMAN        :
              Debtor        :        Bkcy No.  18-15366 jkf

## ORDER

AND NOW, this 20th day of December, 2018, upon consideration of the Debtor's Motion to Extend Time to File Required Documents pursuant to L.B.R. 9014-2 is hereby

ORDERED that Debtor's Motion is granted and the time for Debtor to file the statement of completion of an instructional course concerning personal financial management as required pursuant to F.R.B.R. 1007(b)(7) is extended to January 11, 2019.

BY THE COURT:

_____
JEAN K. FITZSIMON
U.S. Bankruptcy Judge