United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15366-jkf
Gregory Hartman                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Dec 21, 2018
                             Form ID: 318          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db          +Gregory Hartman,    5608 Spruce Mill Drive,   Yardley, PA 19067-7288
14180759    +A-1 Collections Service,    2297 State Highway 33, Suite 906,   Hamilton Square, NJ 08690-1717
14180760    +Advanced General Surgical Associates,    1205 Langhorne Newtown Rd, Ste 307,
              Langhorne, PA 19047-1222
14180761     Amcol Systems Inc.,    P.O.Box 21625,   Columbia, SC 29221-1625
14180762     American Express National Bank,    P.O.Box 981535,   El Paso, TX 79998-1535
14180766    +Commercial Acceptance Compnay,    2300 Gettysburg Road, Suite 102,   Camp Hill, PA 17011-7303
14180767    +Department of Housing and Urban Developm,    Attn: Single Family Notes Branch,
              451 Seventh Street SW,   Washington, DC 20410-0002
14180768     Diagnostic Imaging Inc. Healthcare,    3625 Quakerbridge Road,   Hamilton, NJ 08619-1268
14180771    +Jefferson Health - Thomas Jefferson Hosp,    Attn: Patient Billing,
              833 Chestnut Street, Suite 115,   Philadelphia, PA 19107-4401
14180772    +Jefferson Health - Torresdale Hospital,    Attn: Patient Billing,   10800 Knights Road,
              Philadelphia, PA 19114-4200
14180774     Levittown - Fairless Hills Resque Squad,    Billing Office,   P.O.Box 726,
              New Cumberland, PA 17070-0726
14180775    +Medical Data Systems,    2120 15th Ave,   Vero Beach, FL 32960-3436
14180777     PNC Bank,   P.O.Box 1820,   Dayton, OH 45401-1820
14180778    +Rosenman & Leventhal PC,    385 Oxford Valley Road, Suite 312,   Morrisville, PA 19067-7704
14180779     Santander Bank NA,    Mail Code: 10-421-CN2,   P.O.Box 12646,   Reading, PA 19612-2646
14180781     St. Mary Medical Center,    Payment Processing,   10604 Justin Drive,
              Des Moines, IA 50322-3755
14180782     University of Penn Health System,    c/o Penn Credit,   P.O.Box 988,   Harrisburg, PA 17108-0988
14180783    +Wakefield & Associates,    7005 Middlebrook Pike,   Knoxville, TN 37909-1156
14180784    +Zwicker & Associates, P.C.,    3220 Tillman Drive,   Bensalem, PA 19020-2028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QRHHOLBER.COM Dec 22 2018 08:43:00      ROBERT H. HOLBER,   Robert H. Holber PC,
              41 East Front Street,   Media, PA 19063-2911
smg          E-mail/Text: megan.harper@phila.gov Dec 22 2018 03:52:14      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2018 03:51:18
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2018 03:52:08      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14219260     EDI: BECKLEE.COM Dec 22 2018 08:43:00      American Express National Bank,
              c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14180763    +EDI: CHASE.COM Dec 22 2018 08:43:00      Chase,   P.O.Box 15298,   Wilmington, DE 19850-5298
14180769     EDI: IRS.COM Dec 22 2018 08:43:00      Internal Revenue Service,   P.O.Box 21126,
              Philadelphia, PA 19114
14180780     EDI: DRIV.COM Dec 22 2018 08:43:00      Santander Consumer USA,   Attn: Bankruptcy Dept.,
              P.O.Box 560284,   Dallas, TX 75356-0284
                                                                                      TOTAL: 8


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14180764*   +Chase,   P.O.Box 15298,   Wilmington, DE 19850-5298
14180765*   +Chase,   P.O.Box 15298,   Wilmington, DE 19850-5298
14180770*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   P.O.Box 21126,   Philadelphia, PA 19114)
14180773*   +Jefferson Health - Torresdale Hospital,    Attn: Patient Billing,   10800 Knights Road,
              Philadelphia, PA 19114-4200
14180776*   +Medical Data Systems,    2120 15th Ave,   Vero Beach, FL 32960-3436
                                                                           TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2018
                             Form ID: 318              Total Noticed: 27
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
          JEFFREY C. MCCULLOUGH   on behalf of Debtor Gregory  Hartman jeffmccullough@bondmccullough.com,
          mbehrlacher@bondmccullough.com
          KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          ROBERT H. HOLBER   trustee@holber.com,  rholber@ecf.epiqsystems.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 4
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory Hartman** | Social Security number or ITIN | **xxx–xx–8678** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–15366–jkf**

# Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory Hartman

12/20/18                                          **By the court:**  Jean K. FitzSimon
                                                                 United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**